UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON



FILED

APR 2 1 2017

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.                                   CRIMINAL NO. _3:17-cr-00064_
                                     21 U.S.C. § 841(a)(1)
                                     18 U.S.C. § 2

**CHARLEY G. MYERS**


# I N F O R M A T I O N

The United States Attorney Charges:

On or about August 23, 2016, at or near Hurricane, Putnam County, West Virginia, within the Southern District of West Virginia, defendant CHARLEY G. MYERS knowingly and intentionally aided and abetted the distribution of 5 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.


UNITED STATES OF AMERICA

CAROL A. CASTO
United States Attorney

By: _____
    R. GREGORY McVEY
    Assistant United States Attorney