# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 8/7/2017                                           Case Number 3:17-cr-00064
Case Style: USA vs. Charley G. Myers
Type of hearing Sentencing
Before the honorable: 2514-Chambers
Court Reporter Kathy Swinhart                            Courtroom Deputy Terry Justice
Attorney(s) for the Plaintiff or Government Greg McVey


Attorney(s) for the Defendant(s) Mike Frazier


Law Clerk Ben Barczewski                                 Probation Officer Matt Lambert

## Trial Time


## Non-Trial Time


## Court Time

2:32 pm   to 2:49 pm
Total Court Time: 0 Hours 17 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence:  2:30 pm
Hearing commenced:  2:32 pm

Defendant appeared in person and with counsel pursuant to a plea to the single count information.
Defendant sworn.

Objections to the presentence report:

Government
1 - The Government objected to the drug quantity calculation - sustained.

Defendant
1 - The defendant objected to the inclusion of one criminal history point for Mr. Meyers' criminal mischief conviction - moot due to ruling on Govt.'s objection.

2 - The defendant objected to the inclusion of shoplifting in the "Pending Charges" section of the PSR - denied.

3 - The defendant objected to paragraph 130 - moot; report was revised.

Presentence Report adopted with exception.

Plea agreement accepted.

Total offense level           29
criminal history category     III

advisory guideline ranges
custody   108 - 135 months

District Judge Daybook Entry

sr	4 years
fine	$30,000 - $5,000,000
SA	$100

Motion of Defendant for downward variance.
Response of Government/ reply.
Motion denied.

Custody		108 months
The Court recommended:  that the defendant be housed as close to Morgantown, WV, as possible; that the defendant be allowed to participate in the Comprehensive Drug Abuse Treatment Program.

Supervised Release	4 years
special condition of supervised release:  the defendant will participate in a program of testing, counseling, and treatment for drug and alcohol abuse as directed by the probation officer.

The defendant is not a legal resident of the Southern District of West Virginia, therefore, the period of supervised release is to be administered by the district where the defendant is a legal resident and/or the district where a suitable release plan has been developed.

Special Assessment  $100 due immediately
The special assessment will be paid through participation in the Inmate Financial Responsibility Program.

The defendant was informed of appeal rights.

Motion of United States to dismiss 3:17-28-2; motion granted.

Defendant detained.

Hearing concluded:  2:49 pm